George W. Baxter, Respondent, v. James R. Conner, Appellant.— Appeal dismissed, without costs. Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ., concurred.

Ida Buel, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Margaret Carroll, Respondent, v. Long Island Railroad Company, Defendant, Impleaded with Brooklyn, Queens County and Suburban Railway Company, Appellant.— Judgment modified by striking out the provision for an extra allowance, and judgment as modified, and order, unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker and Rich, JJ.

Oliver H. Clark, Respondent, v. General Chemical Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Jenks, Hooker, Gaynor and Rich, JJ.

Carlotta Herrmann, Appellant, v. George Herrmann, Respondent.— As the evidence is not returned, there can be no review upon the merits. The trial court had jurisdiction to set aside the verdict and to hear and determine the case upon the merits. The judgment is affirmed, with costs. Hirschberg, P. J., Woodward, Jenks and Hooker, JJ., concurred.

Vito Indrizzo, Respondent, v. New York City Railway Company, Appellant. — Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

In the Matter of the Application of Sarah A. Reincke, Respondent, for Leave to Sue Charles L. Spier and Eugene B. Howell, as Receivers of Staten Island Midland Railroad Company, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miler, JJ., concurred.

Rosie McPherson, Respondent, v. General Synod of the Reformed Church in America, Appellant.— Order setting aside verdict and granting new trial affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Percy Owen, Appellant, v. James Whitehouse, Respondent.— We think the defect complained of was an irregularity merely, amendable under section 721 et seq. of the Code of Civil Procedure, and as it clearly appears that the defendant was not misled, the motion to vacate the attachment should have been denied. The order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied, with costs. Hooker, Rich and Miller, JJ., concurred; Jenks, J., dissented.

Myer S. Perlstein, Respondent, v. Bertha Helman, Appellant.— The acceptance of the reduced basement would be a consideration for the reduction of the rent, and it was a question of fact for the jury whether the agreement of reduction on that consideration was made. Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

The People of the State of New York, Respondent, v. John Schneider, Appellant.— Judgment of conviction affirmed. No opinion. Hirschberg, P. J., Jenks, Hooker, Rich and Miller, JJ., concurred.

Morris Reibstein, Appellant, v. The Nassau Electric Railroad Company, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Jenks, Hooker and Gaynor, JJ., concurred.

Morris Rosenfeld, Respondent, v. Central Vermont Railway Company, Appellant.— Appeal dismissed, without costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

William T. Shedd, Individually and as Executor of and Trustee under the Last Will and Testament of William G. T. Shedd, Deceased, and Others, Appellants, v. Orsamus B. Lent and Town of Cortlandt, Respondents.— Interlocutory judgment affirmed, with costs No opinion. Hirschberg, P. J., Jenks, Hooker and Rich, JJ., concurred; Miller, J., dissented.

Abraham Bernstein, Respondent, v. New York House Wrecking Company, Appellant. --Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.